2/09/21 3:20PM

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SteriWeb Medical LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3299569 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7318 Valjean Ave** **Van Nuys, CA 91406** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

2/09/21 3:20PM

| Debtor | SteriWeb Medical LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | **SteriWeb Medical LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

---

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **SteriWeb Medical LLC**
_____
    Name

Case number (if known) _____

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/4/21
           MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Bertram P. Rosenthal**
Printed name

Title    **Managing Member**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    2 / 10 / 21
       MM / DD / YYYY

**James R. Felton**
Printed name

**G&B Law, LLP**
Firm name

**16000 Ventura Boulevard**
**Suite 1000**
**Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone    **818-382-6200**       Email address _____

**138767 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **SteriWeb Medical LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/6/21            X _____
                                   Signature of individual signing on behalf of debtor

                                   **Bertram P. Rosenthal**
                                   Printed name

                                   **Managing Member**
                                   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SteriWeb Medical LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Celtic Bank c/o SBA PO  Box 3918 Portland, OR 97208 | | PPP Loan | | | | $124,625.00 |
| Claudia Moncayo c/o Kaveh S. Elihu, Esq. 3055 Wilshire Blvd. Suite 1120 Los Angeles, CA 90010 | | Employment Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| CLB Properties 5200 Kanan Road Ste. 201 Agoura Hills, CA 91301 | | | | | | $4,460.00 |
| CLB Properties 5200 Kanan Road Ste. 201 Agoura Hills, CA 91301 | | Untility Reserve 2021 - 7226 Valjean Ave. | | | | $1,000.00 |
| Elva Berumen 20243 Haynes Street Winnetka, CA 91306 | | Wages | | | | $3,500.00 |
| Jessica Ojeda c/o Kaveh S. Elihu, Esq. 3055 Wilshire Blvd. Suite 1120 Los Angeles, CA 90010 | | Employment Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Judith Kahn Quan, CPA 16350 Ventura Blvd. Suite 505 Encino, CA 91436 | | Jan. 2021 professsional services rendered | | | | $600.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **SteriWeb Medical LLC**                                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JWR Limited** P.O. Box 260158 Encino, CA 91426 | | **Feb. 2021 Commercial Lease** | | | | **$5,000.00** |
| **OnDeck** 4201 Wilson Blvd Ste 110-209 Arlington, VA 22203 | | | | | | **$3,000.00** |
| **Waste Management** PO Box 541065 Los Angeles, CA 90054-1065 | | | | | | **$332.48** |
| **Yeni E. Cevallos** 6939 Luboa Ave. Winnetka, CA 91306 | | **Jan. 202 Cleaning service ($500) and Fuel expense ($50)** | | | | **$550.00** |

# United States Bankruptcy Court
## Central District of California

In re   **SteriWeb Medical LLC** _____

Case No. _____

Debtor(s)

Chapter   11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    2/8/21 _____

Signature _____

Bertram P. Rosenthal

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                    , California.

Date:            2|8-|2 ı

**Bertram P. Rosenthal**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*            **F 1015-2.1.STMT.RELATED.CASES**

2/09/21 3:20PM

**Fill in this information to identify the case:**

Debtor name        **SteriWeb Medical LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................................. $                0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................................. $        440,897.11

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................................ $        440,897.11

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $                0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $        3,500.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    1,399,567.48

4.  **Total liabilities** ...........................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                            $    1,403,067.48

2/09/21 3:20PM

**Fill in this information to identify the case:**

Debtor name     **SteriWeb Medical LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** **P.O. Box 6995 Portland, OR 97228-6995** | **Business Checking** | **8255** | **$375,166.11** |
| 3.2. | **Wells Fargo** **P.O. Box 6995 Portland, OR 97228-6995** | **Business Market Rate Savings** | **3134** | **$150.06** |

4.    **Other cash equivalents** *(Identify all)*

| 4.1. | **Loan to B. Rosental** | **$7,059.00** |
|---|---|---|

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$382,375.17** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

2/09/21 3:20PM

Debtor  **SteriWeb Medical LLC**_____  Case number *(If known)* _____
_____Name_____

■ Yes Fill in the information below.

11.  **Accounts receivable**

    11a. 90 days old or less:     **16,421.94**   -         **0.00**  = ....        **$16,421.94**

                     face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                            **$16,421.94**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory** | | $0.00 | | $35,000.00 |

23.  **Total of Part 5.**                                                            **$35,000.00**
    Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

2/09/21 3:20PM

Debtor    **SteriWeb Medical LLC**                                      Case number *(If known)* _____
_____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **General office furniture, fixtures and computers** | $0.00 | Liquidation | $2,500.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $2,500.00 |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Machinery and equipment** | $0.00 | Liquidation | $4,500.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | $4,500.00 |
|---|---|---|

2/09/21 3:20PM

Debtor    **SteriWeb Medical LLC**
_____    Case number *(If known)* _____
Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| Website domain: steriwebmedical.net | $0.00 | | $100.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| 66.    **Total of Part 10.** | $100.00 |
|---|---|

    Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

2/09/21  3:20PM

Debtor    **SteriWeb Medical LLC**
_____    Case number *(if known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $382,375.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,421.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $35,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $440,897.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $440,897.11 |

2/09/21 3:20PM

**Fill in this information to identify the case:**

Debtor name    **SteriWeb Medical LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **SteriWeb Medical LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260,000.00 |
| --- | --- | --- | --- |
| | **Bertram Rosenthal, MD**<br>**7318 Valjean Avenue**<br>**Van Nuys, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Services provided to Steriweb from 3/2014 to 2/2021__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,625.00 |
| --- | --- | --- | --- |
| | **Celtic Bank**<br>**c/o SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __05/1/2020__<br>Last 4 digits of account number __4931__ | Basis for the claim: __PPP Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Claudia Moncayo**<br>**c/o Kaveh S. Elihu, Esq.**<br>**3055 Wilshire Blvd.**<br>**Suite 1120**<br>**Los Angeles, CA 90010** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Employment Lawsuit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |
| | **CLB Properties**<br>**5200 Kanan Road**<br>**Ste. 201**<br>**Agoura Hills, CA 91301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Untility Reserve 2021 - 7226 Valjean Ave.__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | SteriWeb Medical LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
CLB Properties
5200 Kanan Road
Ste. 201
Agoura Hills, CA 91301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$4,460.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
Jessica Ojeda
c/o Kaveh S. Elihu, Esq.
3055 Wilshire Blvd.
Suite 1120
Los Angeles, CA 90010

Date(s) debt was incurred _2017_

Last 4 digits of account number _0635_

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Employment Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
Judith Kahn Quan, CPA
16350 Ventura Blvd.
Suite 505
Encino, CA 91436

Date(s) debt was incurred _1/2021_

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Jan. 2021 professsional services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
JWR Limited
P.O. Box 260158
Encino, CA 91426

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Feb. 2021 Commercial Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
OnDeck
4201 Wilson Blvd Ste 110-209
Arlington, VA 22203

Date(s) debt was incurred _01/1/2016_

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Date(s) debt was incurred __

Last 4 digits of account number _3007_

As of the petition filing date, the claim is: *Check all that apply.*  **$332.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
Yeni E. Cevallos
6939 Luboa Ave.
Winnetka, CA 91306

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$550.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Jan. 202 Cleaning service ($500) and Fuel expense ($50)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

---

| Debtor | SteriWeb Medical LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  1,399,567.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  1,399,567.48 |

2/09/21 3:20PM

**Fill in this information to identify the case:**

Debtor name    **SteriWeb Medical LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial lease re 7318 Valjean Avenue, Nau Nuys, CA 91406** | |
|------|------|------|------|
| | State the term remaining | **2/4/23** | **CLB Properties** **5200 Kanan Road** **201** |
| | List the contract number of any government contract | _____ | **Agoura Hills, CA 91301** |

2/09/21 3:20PM

**Fill in this information to identify the case:**

Debtor name   **SteriWeb Medical LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

|  | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: |
| --- |

Debtor name      **SteriWeb Medical LLC**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**      Income

1.   **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>■ Other   **YTD as of 2/3/2021** | $140,739.83 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other   **Net Income** | $1,467,983.58 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other   **Net Income** | $1,275,530.00 |

2.   **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**      List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **SteriWeb Medical LLC**    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bertram Rosenthal, MD** 7318 Valjean Avenue Van Nuys, CA 91406 **Owners distributions** | **2020** | **$277,000.00** | Salary |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Ojeda vs. R&S Research** **BC660635** | **Complaint for Damages Employment lawsuit** | **Los Angeles Superior Court** **1945 S Hill St** **Los Angeles, CA 90007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Moncayo vs. R&S Research** **BC703628** | **Complaint for Damages Employment lawsuit** | **Los Angeles Superior Court** **1945 S Hill St** **Los Angeles, CA 90007** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **SteriWeb Medical LLC** _____    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **G&B Law, LLP** **16000 Ventura Blvd.** **Ste. 1000** **Encino, CA 91436** | Ch. 11 Retainer | 2/9/21 | **$45,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **SteriWeb Medical LLC** _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | |
| G&B Law, LLP 16000 Ventura Blvd. Ste. 1000 Encino, CA 91436 | Payments related to State Court actions | 6/06/19, 9/19/19, 9/25/19, 10/31/19,11/22/19, 1/02/20, 1/23/20, 2/18/20, 3/13/20, 4/24/20, 8/12/20, 9/28/20, 10/15/20,11/16/20, 1/05/21, 1/28/21 | $56,455.00 |
| Email or website address _____ | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **SteriWeb Medical LLC** _____    Case number *(if known)* _____

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- ■ None

Debtor    **SteriWeb Medical LLC**_____    Case number *(if known)*_____

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Judy Khan Quan, CPA**<br>        **16350 Ventura Blvd.**<br>        **Suite D505**<br>        **Encino, CA 91436** | 1/1/2019-current |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **SteriWeb Medical LLC** _____    Case number _(if known)_ _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**                                     **If any books of account and records are**
                                                          **unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

    **Name of the person who supervised the taking of the**        **Date of inventory**    **The dollar amount and basis (cost, market,**
    **inventory**                                                                            **or other basis) of each inventory**

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bertram Rosenthal, MD | 7318 Valjean Ave. Van Nuys, CA 91406 | Managing member | 97% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**
    **control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
    loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

    **Name and address of recipient**        **Amount of money or description and value of**    **Dates**    **Reason for**
                                              **property**                                                   **providing the value**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent**
                                                                **corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **SteriWeb Medical LLC**                                Case number (if known) _____

**Name of the pension fund**                          **Employer Identification number of the parent corporation**

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
16 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____        **Bertram P. Rosenthal**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**        _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **SteriWeb Medical LLC**

Case No. _____

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 45,000.00 |
    | Prior to the filing of this statement I have received | $ | 45,000.00 |
    | Balance Due | $ | 0.00 |

2.  $__**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 10, 2021**
_____
*Date*

_____
James R. Felton
*Signature of Attorney*
**G&B Law, LLP**
**16000 Ventura Boulevard**
**Suite 1000**
**Encino, CA 91436**
**818-382-6200  Fax: 818-986-6534**
*Name of law firm*

2/09/21 3:20PM

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**James R. Felton**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: **138767 CA** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>     **SteriWeb Medical LLC**<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,     **Bertram P. Rosenthal, MD**                          , the undersigned in the above-captioned case, hereby declare
             *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

2/08/21 11:03AM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.      ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          By: _____
Date                                                          Signature of Debtor

                                        Name:   **Bertram P. Rosenthal, MD**
                                                Printed name of Debtor, or attorney for
                                                Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re    **SteriWeb Medical LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Bertram P. Rosenthal**, declare under penalty of perjury that I am the **Managing Member** of **SteriWeb Medical LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8ᵗʰday of Feb 2021

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation is authorized and directed to employ **James R. Felton**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case."

Date  2\18\21 _____    Signed _____
                                 Bertram P. Rosenthal

Resolution of Board of Directors
of
**SteriWeb Medical LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bertram P. Rosenthal, Managing Member** of this Corporation is authorized and directed to employ **James R. Felton**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case.

Date _____ 2\6\21 _____        Signed _____

2/08/21 11:03AM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James R. Felton**<br>**16000 Ventura Boulevard**<br>**Suite 1000**<br>**Encino, CA 91436**<br>**818-382-6200 Fax: 818-986-6534**<br>California State Bar Number: **138767 CA** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **SteriWeb Medical LLC** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  2/3/21

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

SteriWeb Medical LLC
7318 Valjean Ave
Van Nuys, CA 91406


James R. Felton
G&B Law, LLP
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436


Bertram Rosenthal, MD
7318 Valjean Avenue
Van Nuys, CA 91406


Celtic Bank
c/o SBA
PO Box 3918
Portland, OR 97208


Claudia Moncayo
c/o Kaveh S. Elihu, Esq.
3055 Wilshire Blvd.
Suite 1120
Los Angeles, CA 90010


CLB Properties
5200 Kanan Road
Ste. 201
Agoura Hills, CA 91301


CLB Properties
5200 Kanan Road
201
Agoura Hills, CA 91301


Jessica Ojeda
c/o Kaveh S. Elihu, Esq.
3055 Wilshire Blvd.
Suite 1120
Los Angeles, CA 90010

Judith Kahn Quan, CPA
16350 Ventura Blvd.
Suite 505
Encino, CA 91436


JWR Limited
P.O. Box 260158
Encino, CA 91426


OnDeck
4201 Wilson Blvd Ste 110-209
Arlington, VA 22203


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Yeni E. Cevallos
6939 Luboa Ave.
Winnetka, CA 91306

| Form **1065** | | **U.S. Return of Partnership Income** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2019, or tax year beginning _____ , _____ , ending _____ , _____<br>▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | | | **2019** |

| **A** Principal business activity | Name of partnership | | **D** Employer identification number |
|---|---|---|---|
| MANUFACTURING | STERIWEB MEDICAL, LLC | | 46-3299569 |
| **B** Principal product or service | Type<br>or<br>Print | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| MEDICAL SUPPLY | | 6715 NE 63RD ST. #417 | 01/15/2014 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets |
| 339110 | | VANCOUVER                          WA 98661 | $          312,676. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶          2
**J** Check if Schedules C and M-3 are attached ................................................................. ▶ ☐
**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** | 1,275,530. | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 1,275,530. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 84,494. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 1,191,036. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 1,191,036. |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | 3,517. |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 93,180. |
| | **14** Taxes and licenses                                SEE STATEMENT 1 | | **14** | 7,921. |
| | **15** Interest (see instructions) | | **15** | |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement)                      SEE STATEMENT 2 | | **20** | 756,220. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 860,838. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | 330,198. |
| **Tax and Payments** | **23** Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | **23** | |
| | **24** Interest due under the look-back method—income forecast method (attach Form 8866) | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) | | **25** | |
| | **26** Other taxes (see instructions) | | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 | | **27** | |
| | **28** Payment (see instructions) | | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | **30** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instr.    ☒ Yes  ☐ No |
|---|---|---|---|
| | ▶ Signature of partner or limited liability company member | Date | |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>STEVEN M. MARTINI, C | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00026895 |
|---|---|---|---|---|---|
| | Firm's name ▶ MARTINI AKPOVI PARTNERS, LLP | | | Firm's EIN ▶ 95-4508585 | |
| | Firm's address ▶ 16830 VENTURA BLVD., SUITE 501<br>ENCINO, CA 91436 | | | Phone no. (818) 789-1179 | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**          911001 12-30-19          Form **1065** (2019)

Form 1065 (2019)   STERIWEB MEDICAL, LLC                                    46-3299569   Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country   ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

911011 12-30-19                                                                 Form **1065** (2019)

Form 1065 (2019)   STERIWEB MEDICAL, LLC                                46-3299569   Page **3**

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year)   ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions   ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership   ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return   ▶ | | |
| 16 a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return   ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892   ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions   ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3   ▶           2. | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR ▶ | | U.S. phone number of PR ▶ | |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR   ▶

| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 14   ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership   ▶ | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

Form **1065** (2019)

911021 12-30-19

Form 1065 (2019)   STERIWEB MEDICAL, LLC                                      46-3299569   Page 4

| Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|
| | | | | |

**Income (Loss)**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | 330,198. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| 3a | Other gross rental income (loss) | 3a | | |
| b | Expenses from other rental activities (attach statement) | 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| 4 | Guaranteed payments:   a Services  4a | b Capital  4b | | |
| c | Total. Add lines 4a and 4b | | 4c | |
| 5 | Interest income | | 5 | |
| 6 | Dividends and dividend equivalents:   a Ordinary dividends | | 6a | |
| b | Qualified dividends  6b | c Dividend equivalents  6c | | |
| 7 | Royalties | | 7 | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 8 | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | 9a | |
| b | Collectibles (28%) gain (loss) | 9b | | |
| c | Unrecaptured section 1250 gain (attach statement) | 9c | | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | | 10 | |
| 11 | Other income (loss) (see instructions) Type ▶ | | 11 | |

**Deductions**

| | | | | |
|---|---|---|---|---|
| 12 | Section 179 deduction (attach Form 4562) | | 12 | 11,854. |
| 13a | Contributions | | 13a | |
| b | Investment interest expense | | 13b | |
| c | Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | | 13c(2) | |
| d | Other deductions (see instructions) Type ▶ | | 13d | |

**Self-Employment**

| | | | | |
|---|---|---|---|---|
| 14a | Net earnings (loss) from self-employment | | 14a | 320,292. |
| b | Gross farming or fishing income | | 14b | |
| c | Gross nonfarm income | | 14c | 1,155,305. |

**Credits**

| | | | | |
|---|---|---|---|---|
| 15a | Low-income housing credit (section 42(j)(5)) | | 15a | |
| b | Low-income housing credit (other) | | 15b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| d | Other rental real estate credits (see instructions) Type ▶ | | 15d | |
| e | Other rental credits (see instructions)       Type ▶ | | 15e | |
| f | Other credits (see instructions)       Type ▶ | | 15f | |

**Foreign Transactions**

| | | | | |
|---|---|---|---|---|
| 16a | Name of country or U.S. possession ▶ | | | |
| b | Gross income from all sources | | 16b | |
| c | Gross income sourced at partner level | | 16c | |
| | Foreign gross income sourced at partnership level | | | |
| d | Reserved for future use ▶ _____   e Foreign branch category       ▶ | | 16e | |
| f | Passive category ▶ _____   g General category ▶ _____   h Other ▶ | | 16h | |
| | Deductions allocated and apportioned at partner level | | | |
| i | Interest expense ▶ _____   j Other       ▶ | | 16j | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| k | Reserved for future use ▶ _____   l Foreign branch category       ▶ | | 16l | |
| m | Passive category ▶ _____   n General category ▶ _____   o Other ▶ | | 16o | |
| p | Total foreign taxes (check one): ▶   Paid ☐   Accrued ☐ | | 16p | |
| q | Reduction in taxes available for credit (attach statement) | | 16q | |
| r | Other foreign tax information (attach statement) | | | |

**Alternative Minimum Tax (AMT) Items**

| | | | | |
|---|---|---|---|---|
| 17a | Post-1986 depreciation adjustment | | 17a | |
| b | Adjusted gain or loss | | 17b | |
| c | Depletion (other than oil and gas) | | 17c | |
| d | Oil, gas, and geothermal properties - gross income | | 17d | |
| e | Oil, gas, and geothermal properties - deductions | | 17e | |
| f | Other AMT items (attach statement) | | 17f | |

**Other Information**

| | | | | |
|---|---|---|---|---|
| 18a | Tax-exempt interest income | | 18a | |
| b | Other tax-exempt income | | 18b | |
| c | Nondeductible expenses       SEE STATEMENT 3 | | 18c | 1,701. |
| 19a | Distributions of cash and marketable securities | | 19a | 61,624. |
| b | Distributions of other property | | 19b | |
| 20a | Investment income | | 20a | |
| b | Investment expenses | | 20b | |
| c | Other items and amounts (attach statement)       STMT 4 | | | |

911041 12-30-19                                                              Form **1065** (2019)

Form 1065 (2019)    STERIWEB MEDICAL, LLC                           46-3299569    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | **1** | 318,344. |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | 308,794. | 9,550. | | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| **1** Cash | | 173. | | 185,258. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | 35,000. |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 5 | 12,572. | | 92,418. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | | | 11,854. | |
| **b** Less accumulated depreciation | | | 11,854. | |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 12,745. | | 312,676. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | 45,000. |
| **17** Other current liabilities (attach statement) | STATEMENT 6 | 0. | | 14. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | | | |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | 12,745. | | 267,662. |
| **22** Total liabilities and capital | | 12,745. | | 312,676. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| **1** Net income (loss) per books | 316,541. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| **4** Expenses recorded on this year not included on Schedule K, lines 1 through 13d and 16p (itemize): STMT 7    102. | | **a** Depreciation $ | |
| **a** Depreciation $ | | **8** Add lines 6 and 7 | |
| **b** Travel and entertainment $    1,701. | 1,803. | **9** Income (loss) (Analysis of Net Income (Loss), | |
| **5** Add lines 1 through 4 | 318,344. | line 1). Subtract line 8 from line 5 | 318,344. |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| **1** Balance at beginning of year | 12,745. | **6** Distributions: **a** Cash | 61,624. |
| **2** Capital contributed: **a** Cash | | **b** Property | |
| **b** Property | | **7** Other decreases (itemize): | |
| **3** Net income (loss) per books | 316,541. | | |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | 61,624. |
| **5** Add lines 1 through 4 | 329,286. | **9** Balance at end of year. Subtract line 8 from line 5 | 267,662. |

911042  12-30-19                                              Form **1065** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| STERIWEB MEDICAL, LLC | 46-3299569 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 68,513. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) ............ SEE STATEMENT 8 | 5 | 50,981. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 119,494. |
| 7 | Inventory at end of year | 7 | 35,000. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 84,494. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☒ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ............................................................. ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............... ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
     under LIFO | 9d | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions .................... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? .................... ☐ Yes ☒ No
    If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

924441
04-01-19      LHA

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or<br>More of the Partnership<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |
| --- | --- | --- |

| Name of partnership | Employer identification number |
| --- | --- |
| STERIWEB MEDICAL, LLC | 46-3299569 |

**Part I    Entities Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer<br>Identification<br>Number (if any) | (iii)<br>Type of Entity | (iv)<br>Country of Organization | (v) Maximum<br>Percentage Owned<br>in Profit, Loss, or<br>Capital |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying<br>Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum<br>Percentage Owned<br>in Profit, Loss,<br>or Capital |
| --- | --- | --- | --- |
| BERTRAM P ROSENTHAL, MD | 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 | UNITED STATES | 97.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**          **Schedule B-1 (Form 1065) (Rev. 8-2019)**

924551  11-13-19

| SCHEDULE B-2 (Form 1065) (December 2018) Department of the Treasury Internal Revenue Service | Election Out of the Centralized Partnership Audit Regime ▶ Attach to Form 1065 or Form 1066. ▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | OMB No. 1545-0123 |

| Name of Partnership STERIWEB MEDICAL, LLC | Employer Identification Number (EIN) 46-3299569 |

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

**Part I    List of Eligible Partners**

Use the following codes under Type of Eligible Partner:

I - Individual  C - Corporation  E - Estate of Deceased Partner  F - Eligible Foreign Entity  S - S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | BERTRAM P ROSENTHAL, MD | 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 | I |
| 2 | CAMILA ARTEAGA | 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 | I |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

**Part II    List of S Corporation Shareholders** (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:

I - Individual  E - Estate of Deceased Shareholder  T - Trust  O - Other

Name of
S Corporation Partner ▶

TIN of Partner ▶

| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

**Part III    Total Number of Schedules K-1 Required To Be Issued.**  See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership | 1 | 2. |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners | 2 | |
| 3 | **Total. Add line 1 and line 2** | 3 | 2. |

**Note:** If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) **OTHER** 1 ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OMB No. 1545-0172 **2019** Attachment Sequence No. **179** |
|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | | |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| STERIWEB MEDICAL, LLC | 32095 | 46-3299569 |

**Part I** Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 11,854. |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,020,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | COMPUTER EQUIPMENT | 11,854. | 11,854. |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 11,854. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 11,854. |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | 330,198. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 11,854. |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251 12-12-19  LHA  **For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2019)

Form 4562 (2019)     STERIWEB MEDICAL, LLC                          46-3299569  Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................................ | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ....................................................................... | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) ................. | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ................................................................ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ........................................ | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ................. | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ............................................... | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? .................................................................................................................................... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................ | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............................................................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? .................................... | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year ................................................. | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ........................... | | | 44 | | |

916252  12-12-19                                                                                        Form **4562** (2019)

**2019 DEPRECIATION AND AMORTIZATION REPORT**

32095

OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER EQUIPMENT | 12/19/19 | 200DB | 5.00 | HY19B | | 11,854. | | 11,854. | | | | 11,854. | 11,854. | |
| | * TOTAL OTHER DEPRECIATION | | | | | | 11,854. | | 11,854. | | 0. | 0. | 11,854. | 11,854. | 0. |

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

(D) - Asset disposed

928111 04-01-19

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|-----------|-------------|---------------|------------|----------|-------------------|-----------------|----------------------|------------------|----------------|
| 1 | COMPUTER EQUIPMENT | 121919 | 200DB | 5.00 | 11,854. | 0. | 11,854. | 11,854. | 0. |
|  | TOTALS |  |  |  | 11,854. | 0. | 11,854. | 11,854. | 0. |

928104
04-01-19

STERIWEB MEDICAL, LLC                                                    46-3299569

---

FORM 1065                      TAX EXPENSE                      STATEMENT 1

DESCRIPTION                                                         AMOUNT

| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| CALIFORNIA TAXES - OTHER | 6,000. |
| FILING FEE | 200. |
| LICENSES AND PERMITS | 507. |
| PROPERTY TAX | 414. |

TOTAL TO FORM 1065, LINE 14                                          7,921.

---

FORM 1065                     OTHER DEDUCTIONS                   STATEMENT 2

DESCRIPTION                                                         AMOUNT

| ACCOUNTING | 6,740. |
| BANK AND MERCHANT FEES | 29,261. |
| COMMISSIONS | 334,268. |
| COMPUTER SUPPORT AND SUPPLIES | 16,811. |
| DUES AND SUBSCRIPTIONS | 1,394. |
| INSURANCE | 7,399. |
| INTERNET SERVICE EXPENSES | 9,860. |
| JANITORIAL EXPENSE | 5,250. |
| LEGAL AND PROFESSIONAL FEES | 17,203. |
| MEALS | 1,702. |
| OFFICE SUPPLIES | 8,268. |
| OUTSIDE SERVICES | 223,305. |
| PEST CONTROL | 620. |
| POSTAGE | 1,509. |
| SALES AND MARKETING EXPENSES | 16,717. |
| SHIPPING SUPPLIES | 11,082. |
| SUPPLIES | 8,935. |
| TELEPHONE | 8,076. |
| TRASH DISPOSAL | 3,238. |
| TRAVEL | 13,382. |
| UTILTIES | 10,801. |
| VEHICLE EXPENSES | 19,624. |
| WEBSITE EXPENSE | 775. |

TOTAL TO FORM 1065, LINE 20                                        756,220.

STERIWEB MEDICAL, LLC                                                    46-3299569

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,701. |
| TOTAL TO SCHEDULE K, LINE 18C | 1,701. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | 330,198. |
| SECTION 199A - SECTION 179 DEDUCTION | 11,854. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 11,854. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM B. ROSENTHAL | 505. | 0. |
| DUE FROM R & S RESEARCH | 12,067. | 92,418. |
| TOTAL TO SCHEDULE L, LINE 6 | 12,572. | 92,418. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 0. | 14. |
| TOTAL TO SCHEDULE L, LINE 17 | 0. | 14. |

STERIWEB MEDICAL, LLC                                                    46-3299569

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT 7

| DESCRIPTION | AMOUNT |
|---|---|
| PENALTIES | 102. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 102. |

FORM 1125-A                      OTHER COSTS                      STATEMENT 8

| DESCRIPTION | AMOUNT |
|---|---|
| FREIGHT AND SHIPPING COSTS | 50,981. |
| TOTAL TO LINE 5 | 50,981. |

651119

| Schedule K-1 (Form 1065) | 2019 | | |
|---|---|---|---|

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I   Information About the Partnership

**A** Partnership's employer identification number
46-3299569

**B** Partnership's name, address, city, state, and ZIP code

STERIWEB MEDICAL, LLC
6715 NE 63RD ST. #417
VANCOUVER, WA  98661

**C** IRS Center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
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

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BERTRAM P ROSENTHAL, MD
7318 VALJEAN AVENUE
VAN NUYS, CA  91406

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here   ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 97.0000000 % | 97.0000000 % |
| Loss | 97.0000000 % | 97.0000000 % |
| Capital | 97.0000000 % | 97.0000000 % |

Check if decrease is due to sale or exchange of partnership interest   ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 45,014. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**
**SEE STATEMENT**

| | |
|---|---|
| Beginning capital account | $ 12,457. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 308,794. |
| Other increase (decrease) (attach explanation) | $ -1,749. |
| Withdrawals & distributions | $( 61,624.) |
| Ending capital account | $ 257,878. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____ $ _____
Ending _____ $ _____

| | |
|---|---|
| **1** Ordinary business income (loss) | 320,292. |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | |
| **4c** Total guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | 11,498. |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) | A 320,292. C 1,155,305. |

| | |
|---|---|
| **15** Credits | |
| **16** Foreign transactions | |
| **17** Alternative min tax (AMT) items | |
| **18** Tax-exempt income and nondeductible expenses | C* 1,650. |
| **19** Distributions | A 61,624. |
| **20** Other information | Z * STMT |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

911261  12-30-19   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019

1

STERIWEB MEDICAL, LLC                                                    46-3299569

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 1,650. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 1,650. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - 32095 | |
| ORDINARY INCOME (LOSS) | 320,292. |
| SECTION 179 DEDUCTION | 11,498. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | 320,292. |
| UNADJUSTED BASIS OF ASSETS | 11,498. |

PARTNER NUMBER 1

STERIWEB MEDICAL, LLC                                                    46-3299569

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1            CURRENT YEAR NET INCOME (LOSS) AND
                          OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 320,292. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 320,292. |
| SECTION 179 EXPENSE | -11,498. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -11,498. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 308,794. |
| | | |
| NONDEDUCTIBLE EXPENSES | | -1,650. |
| PENALTIES | | -99. |
| TOTAL OTHER INCREASES OR DECREASES | | -1,749. |

SCHEDULE K-1        ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

 TAX BASIS

PARTNER NUMBER 1

STERIWEB MEDICAL, LLC                                                    46-3299569

SCH K-1

STERIWEB MEDICAL, LLC HAS MADE THE ELECTION OUT OF THE CENTRALIZED PARTNERSHIP
AUDIT REGIME UNDER SECTION 6221(B) FOR THE YEAR ENDING DECEMBER 31, 2019.

PARTNER NUMBER 1

CAMILA ARTEAGA

651119

| Schedule K-1 (Form 1065) | **2019** | | Final K-1 | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
46-3299569

**B** Partnership's name, address, city, state, and ZIP code

STERIWEB MEDICAL, LLC
6715 NE 63RD ST. #417
VANCOUVER, WA  98661

**C** IRS Center where partnership filed return ►
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
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

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CAMILA ARTEAGA
20243 HAYNES STREET
WINNETKA, CA  91306

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.0000000 % | 3.0000000 % |
| Loss | 3.0000000 % | 3.0000000 % |
| Capital | 3.0000000 % | 3.0000000 % |

Check if decrease is due to sale or exchange of partnership interest  ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L    Partner's Capital Account Analysis**

SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 288. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 9,550. |
| Other increase (decrease) (attach explanation) | $ -54. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 9,784. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N    Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

| | |
|---|---|
| Beginning | $ |
| Ending | $ |

Right column (Part III items):

| Item | Amount |
|---|---|
| 1 Ordinary business income (loss) | 9,906. |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | |
| 4c Total guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 356. |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) A | 0. |
| 15 Credits | |
| 16 Foreign transactions | |
| 17 Alternative min tax (AMT) items | |
| 18 Tax-exempt income and nondeductible expenses C* | 51. |
| 19 Distributions | |
| 20 Other information Z * | STMT |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

2

STERIWEB MEDICAL, LLC                                                    46-3299569

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 51. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 51. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - 32095 | |
| ORDINARY INCOME (LOSS) | 9,906. |
| SECTION 179 DEDUCTION | 356. |
| UNADJUSTED BASIS OF ASSETS | 356. |

PARTNER NUMBER 2

STERIWEB MEDICAL, LLC                                                46-3299569

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
| --- | --- | --- |
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | 9,906. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 9,906. |
| SECTION 179 EXPENSE | -356. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -356. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 9,550. |
| | | |
| NONDEDUCTIBLE EXPENSES | | -51. |
| PENALTIES | | -3. |
| TOTAL OTHER INCREASES OR DECREASES | | -54. |

| SCHEDULE K-1 | ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS |
| --- | --- |

TAX BASIS

PARTNER NUMBER 2

STERIWEB MEDICAL, LLC                                                46-3299569

SCH K-1

STERIWEB MEDICAL, LLC HAS MADE THE ELECTION OUT OF THE CENTRALIZED PARTNERSHIP
AUDIT REGIME UNDER SECTION 6221(B) FOR THE YEAR ENDING DECEMBER 31, 2019.

PARTNER NUMBER 2

# 2019 TAX RETURN FILING INSTRUCTIONS
CALIFORNIA FORM 568

## FOR THE YEAR ENDING
DECEMBER 31, 2019

**PREPARED FOR:**

STERIWEB MEDICAL, LLC
6715 NE 63RD ST. #417
VANCOUVER, WA  98661

**PREPARED BY:**

MARTINI AKPOVI PARTNERS, LLP
16830 VENTURA BLVD., SUITE 501
ENCINO, CA 91436

**TO BE SIGNED AND DATED BY:**

A MEMBER OF THE LLC

**AMOUNT OF TAX:**

| | | |
|---|---|---|
| TOTAL TAX | $ | 6,800 |
| LESS: PAYMENTS AND CREDITS | $ | 6,800 |
| PLUS OTHER AMOUNT | $ | 0 |
| PLUS INTEREST AND PENALTIES | $ | 0 |
| NO PMT REQUIRED | $ | |

**OVERPAYMENT:**

NOT APPLICABLE

**MAKE CHECK PAYABLE TO:**

NOT APPLICABLE

**MAIL TAX RETURN TO:**

THE CALIFORNIA RETURN HAS QUALIFIED FOR ELECTRONIC FILING. AFTER YOU
HAVE REVIEWED THE RETURN FOR COMPLETENESS AND ACCURACY, PLEASE
SIGN FORM 8453-LLC AND CONTACT OUR OFFICE TO CONFIRM THAT THIS
RETURN CAN BE FILED ELECTRONICALLY.

**FORMS TO BE DISTRIBUTED TO PARTNERS:**

ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE
MEMBERS.

**RETURN MUST BE MAILED ON OR BEFORE:**

RETURN FORM 8453-LLC TO US BY OCTOBER 15, 2020.

**SPECIAL INSTRUCTIONS:**

DO NOT MAIL THE PAPER COPY OF THE RETURN TO THE FTB.

022
Date Accepted _____

**DO NOT MAIL THIS FORM TO FTB**

| TAXABLE YEAR | California e-file Return Authorization for | FORM |
|---|---|---|
| **2019** | **Limited Liability Companies** | **8453-LLC** |

| Limited liability company name | California Secretary of State (SOS) file number or FEIN |
|---|---|
| STERIWEB MEDICAL, LLC | 46-3299569 |

| Part I | Tax Return Information (whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 568, Schedule B, line 12 or Form 568, line 1 for Single Member LLCs) | 1 | 1,191,036 |
| 2 | Ordinary income (Form 568, Schedule B, line 23 or Form 568, line 1 for Single Member LLCs) | 2 | 330,998 |
| 3 | Tax and fee due (Form 568, line 14) | 3 | |
| 4 | Overpayment (Form 568, line 15) | 4 | |
| 5 | Total amount due (Form 568, line 19) | 5 | |

| Part II | Settle Your Account Electronically for Taxable Year 2019. |
|---|---|
| 6 | ☐ Electronic funds withdrawal   **6a** Amount                    **6b** Withdrawal date (mm/dd/yyyy) |

| Part III | Make Annual Tax or Estimated Fee Payment for Taxable Year 2020 | This is NOT an installment payment for the current amount the LLC owes. |
|---|---|---|

| | Annual Tax Payment | Estimated Fee Payment |
|---|---|---|
| 7 Amount | 0 | 0 |
| 8 Withdrawal date | | |

| Part IV | Banking Information (Have you verified the LLC's banking information?) |
|---|---|
| 9 Routing number | _____ |
| 10 Account number | _____  11 Type of account: ☐ Checking   ☐ Savings |

| Part V | Declaration of Authorized Member or Manager |
|---|---|

I authorize the limited liability company account to be settled as designated in Parts II, III, and IV. If I check Box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a and for the 2020 annual tax or estimated fee payment amount listed on line 7 from the bank account specified in Part IV.

Under penalties of perjury, I declare that I am an authorized member or manager of the above limited liability company and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the limited liability company's 2019 California income tax return. To the best of my knowledge and belief, the limited liability company's return is true, correct, and complete. If the limited liability company is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the limited liability company's tax liability, the limited liability company will remain liable for the tax liability and all applicable interest and penalties. I authorize the limited liability company return and accompanying schedules and statements be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. **If the processing of the limited liability company's return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

| **Sign** | ▶ _____ | _____ | ▶ LLC MEMBER _____ |
|---|---|---|---|
| **Here** | Signature of authorized member or manager | Date | Title |

| Part VI | Declaration of Electronic Return Originator (ERO) and Paid Preparer. |
|---|---|

I declare that I have reviewed the above limited liability company's return and that the entries on form FTB 8453-LLC are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the limited liability company's return. I declare, however, that form FTB 8453-LLC accurately reflects the data on the return.) I have obtained the signature from the limited liability company authorized member or manager on form FTB 8453-LLC before transmitting this return to the FTB; I have provided the limited liability company authorized member or manager with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2019 Handbook for Authorized e-file Providers. I will keep form FTB 8453-LLC on file for **four** years from the due date of the return or **four** years from the date the limited liability company return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | ERO's signature ▶ | Date | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's PTIN P00026895 |
|---|---|---|---|---|---|
| **ERO Must Sign** | Firm's name (or yours if self-employed) and address | MARTINI AKPOVI PARTNERS, LLP | | | FEIN 95-4508585 |
| | | 16830 VENTURA BLVD., SUITE 501 | | | |
| | | ENCINO, CA | | | ZIP code 91436 |

Under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid preparer's PTIN |
|---|---|---|---|---|
| **Paid Preparer Must Sign** | Firm's name (or yours if self-employed) and address ▶ | | | FEIN |
| | | | | ZIP code |

For Privacy Notice, get FTB 1131 ENG/SP.                                                      FTB 8453-LLC 2019

939111  11-05-19

929851 12-30-19
CALIFORNIA FORM
**568**

TAXABLE YEAR
**2019**

# Limited Liability Company
# Return of Income

000000000000   STER  46-3299569                    19
TYB  01-01-2019   TYE  12-31-2019
STERIWEB MEDICAL LLC

6715 NE 63RD ST 417
VANCOUVER           WA  98661

ACCTMETHOD 1  01-15-2014   ASSETS        312676.
INITIAL 1  FINAL 0  AMENDED 0  PROTECTIVE 0

I  (1) During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50%
interest) of this LLC or any legal entity in which the LLC holds a controlling or majority interest that owned California
real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from
a government agency for any term? ............................................................................................................  •  ☐ Yes  ☒ No

(2) During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another
legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or
more, or leased such property from a government agency for any term? ......................................................  •  ☐ Yes  ☒ No

(3) During this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or
more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was
excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not
reported on a previous year's tax return? ....................................................................................................  •  ☐ Yes  ☒ No
**(Yes requires filing of statement, penalties may apply - see instructions.)**

| | | | Whole dollars only |
|---|---|---|---|
| Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine line 1. | | | |
| 1  Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions ......... • | 1 | 1,275,530 | 00 |
| 2  Limited Liability Company fee. See instructions ............................................ • | 2 | 6,000 | 00 |
| 3  2019 annual Limited Liability Company tax. See instructions ........................ • | 3 | 800 | 00 |
| 4  Nonconsenting nonresident members' tax liability from Schedule T (Side 4) ...... • | 4 | | 00 |
| 5  Partnership level tax. See instructions ........................................................ • | 5 | | 00 |
| 6  **Total tax and fee.** Add line 2, line 3, line 4, and line 5 ................................. • | 6 | 6,800 | 00 |
| 7  Amount paid with form FTB 3537 and 2019 form FTB 3522 and form FTB 3536  STATEMENT 1 • | 7 | 6,800 | 00 |
| 8  Overpayment from prior year allowed as a credit ......................................... • | 8 | | 00 |
| 9  Withholding (Form 592-B and/or 593) .......................................................... • | 9 | | 00 |
| 10  **Total payments.** Add line 7, line 8, and line 9 ......................................... • | 10 | 6,800 | 00 |
| 11  **Use tax. This is not a total line.** See instructions ................................... • | 11 | | 00 |
| 12  Payments balance. If line 10 is more than line 11, subtract line 11 from line 10 ...... • | 12 | 6,800 | 00 |
| 13  **Use tax balance.** If line 11 is more than line 10, subtract line 10 from line 11 ...... • | 13 | | 00 |

Enclose, but do not staple, any payment.

929861 12-30-19

| | | | | Whole dollars only | |
|---|---|---|---|---|---|
| 14 | **Tax and fee due.** If line 6 is more than line 12, subtract line 12 from line 6 | ● | **14** | | 00 |
| 15 | **Overpayment.** If line 12 is more than line 6, subtract line 6 from line 12 | ● | **15** | | 00 |
| 16 | Amount of line 15 to be credited to 2020 tax or fee | ● | **16** | | 00 |
| 17 | **Refund.** If the total of line 16 is less than line 15, subtract the total from line 15 | ● **17** | | | .00 |
| 18 | Penalties and interest. See instructions | ● | **18** | 0 | 00 |
| 19 | **Total amount due.** Add line 13, line 14, line 16, and line 18, then subtract line 15 from the result | ● **19** | | 0 | .00 |

**J** Principal business activity code (**Do not** leave blank) ............................................ ● 339110

Business activity MANUFACTURING            Product or service MEDICAL SUPPLY

**K** Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a
California Schedule K-1 (568) for each of these members ......................................................... ● [ 2 ]

**L** Is this LLC an investment partnership? See General Information O .................................. ● ☐ Yes ☒ No

**M** (1) Is this LLC apportioning or allocating income to California using Schedule R? ................. ● ☐ Yes ☒ No
(2) If "No," was this LLC registered in California without earning any income sourced in this state during the taxable
year? ◉ ☐ Yes ☐ No

**N** Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable
year? .......................................................................................................... ● ☐ Yes ☒ No

**P** (1) Does the LLC have any foreign (non-U.S.) nonresident members? .............................. ● ☐ Yes ☒ No

(2) Does the LLC have any domestic (non-foreign) nonresident members? ......................... ● ☐ Yes ☒ No

(3) Were Form 592, Form 592-A, Form 592-B, and Form 592-F filed for these members? ......... ● ☐ Yes ☒ No

**Q** Are any members in this LLC also LLCs or partnerships? .......................................... ● ☐ Yes ☒ No

**R** Is this LLC under audit by the IRS or has it been audited in a prior year? ......................... ● ☐ Yes ☒ No

**S** Is this LLC a member or partner in another multiple member LLC or partnership? ................. ● ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part I.

**T** Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? .................... ☐ Yes ☒ No

**U** (1) Is this LLC a business entity disregarded for tax purposes? ..................................... ● ☐ Yes ☒ No
(2) If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable. Are
there credits or credit carryovers attributable to the disregarded entity? ......................... ● ☐ Yes ☐ No
(3) If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less
than the LLC's total income from all sources? .................................................... ☐ Yes ☐ No

**V** Has the LLC included a Reportable Transaction, or Listed Transaction within this return?
(See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction ........ ● ☐ Yes ☒ No

**W** Did this LLC file the Federal Schedule M-3 (federal Form 1065)? ................................ ● ☐ Yes ☒ No

**X** Is this LLC a direct owner of an entity that filed a federal Schedule M-3? ......................... ● ☐ Yes ☒ No

**Y** Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? ..................... ● ☐ Yes ☒ No
If "Yes," attach schedule of trusts and federal identification numbers.

**Z** Does this LLC own an interest in a business entity disregarded for tax purposes? .................. ◉ ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part II.

*(continued on Side 3)*

Side 2 Form 568 2019            022    3672194

929871 12-30-19

(continued from Side 2)

| | | | Yes | No |
|---|---|---|---|---|
| AA | Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? | ● | ☐ | ☒ |
| BB | Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4)) to any other member? | ● | ☐ | ☒ |
| CC (1) | Is the LLC deferring any income from the disposition of assets? (see instructions) | ● | ☐ | ☒ |
| (2) | If "Yes," enter the year of asset disposition | ● | | |

DD Is the LLC reporting previously deferred income from:
(see instructions) ............. ● ☐ Installment Sale ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

EE "Doing business as" name. See instructions: ● _____

FF (1) Has this LLC operated as another entity type such as a Corporation, S Corporation, General Partnership, Limited Partnership, or Sole Proprietorship in the previous five (5) years? ............ ● ☐ Yes ☒ No
(2) If "Yes", provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns filed with the FTB and/or IRS (see instructions): _____

GG (1) Has this LLC previously operated outside California? ............ ● ☐ Yes ☒ No
(2) Is this the first year of doing business in California? ............ ● ☒ Yes ☐ No

---

**Single Member LLC Information and Consent** - Complete only if the LLC is disregarded.   ● Federal TIN/ SSN

Sole Owner's name (as shown on owner's return)   ● | FEIN/CA Corp no./CA SOS File no.

Street Address,
City, State, and ZIP Code

● What type of entity is the ultimate owner of this SMLLC? Check only one box:
☐ (1) Individual   ☐ (2) C Corporation   ☐ (3) Pass-Through (S corporation, partnership,
☐ (4) Estate/Trust   ☐ (5) Exempt Organization   LLC classified as a partnership)

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board.
Signature ▶                                           Date

To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to ftb.ca.gov/forms and search for 1131.
To request this notice by mail, call 800.852.5711.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| **Sign Here** | Signature of authorized member or manager ▶ | Date | Telephone ● |
| | Authorized member or manager's email address (optional) BERT@STERIWEBRX.COM | | |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | PTIN ● P00026895 |
| | Firm's name (or yours, if self-employed) and address ▶ | MARTINI AKPOVI PARTNERS, LLP 16830 VENTURA BLVD., SUITE 501 ENCINO, CA 91436 | | Firm's FEIN ● 95-4508585 Telephone ●(818) 789-1179 |
| | May the FTB discuss this return with the preparer shown above (see instructions)? | | ● ☒ Yes ☐ No | |

STERIWEB MEDICAL, LLC                                                                    46-3299569

929881 12-30-19

## Schedule A    Cost of Goods Sold

| | | | |
|---|---|---:|---|
| 1 | Inventory at beginning of year | 1 | 00 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 68,513 00 |
| 3 | Cost of labor | 3 | 00 |
| 4 | Additional IRC Section 263A costs. Attach schedule | 4 | 00 |
| 5 | Other costs. Attach schedule                SEE STATEMENT 2 | 5 | 50,981 00 |
| 6 | Total. Add line 1 through line 5 | 6 | 119,494 00 |
| 7 | Inventory at end of year | 7 | 35,000 00 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | 8 | 84,494 00 |

9  a  Check all methods used for valuing closing inventory:

   (1) ☐ Cost   (2) ☒ Lower of cost or market as described in Treas. Reg. Section 1.471-4   (3) ☐ Write down of "subnormal" goods as described
   in Treas. Reg. Section 1.471-2(c)   (4) ☐ Other. Specify method used and attach explanation _____

   b  Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 .................... ☐

   c  Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? .................... ☐ Yes ☒ No

   d  Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening
   and closing inventory? If "Yes," attach explanation .................................................................................... ☐ Yes ☒ No

## Schedule B    Income and Deductions

Caution: Include only trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---:|---|
| Income | 1 a | Gross receipts or sales $  1,275,530  b Less returns and allowances $ _____  c Balance | 1c | 1,275,530 00 |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 84,494 00 |
| | 3 | GROSS PROFIT. Subtract line 2 from line 1c | 3 | 1,191,036 00 |
| | 4 | Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule | 4 | 00 |
| | 5 | Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule | 5 | 00 |
| | 6 | Total farm profit. Attach federal Schedule F (Form 1040 or 1040-SR) | 6 | 00 |
| | 7 | Total farm loss. Attach federal Schedule F (Form 1040 or 1040-SR) | 7 | 00 |
| | 8 | Total gains included on Schedule D-1, Part II, line 17 (gain only) | 8 | 00 |
| | 9 | Total losses included on Schedule D-1, Part II, line 17 (loss only) | 9 | 00 |
| | 10 | Other income. Attach schedule | 10 | 00 |
| | 11 | Other loss. Attach schedule | 11 | 00 |
| | 12 | Total income (loss). Combine line 3 through line 11 | 12 | 1,191,036 00 |
| Deductions | 13 | Salaries and wages (other than to members) | 13 | 00 |
| | 14 | Guaranteed payments to members | 14 | 00 |
| | 15 | Bad debts | 15 | 00 |
| | 16 | Deductible interest expense not claimed elsewhere on return | 16 | 00 |
| | 17 a | Depreciation and amortization. Att form FTB 3885L $ _____  b Less depreciation reported on Sch A and elsewhere on return $ _____  c Balance | 17c | 00 |
| | 18 | Depletion. Do not deduct oil and gas depletion | 18 | 00 |
| | 19 | Retirement plans, etc. | 19 | 00 |
| | 20 | Employee benefit programs | 20 | 00 |
| | 21 | Other deductions. Attach schedule          SEE STATEMENT 3 | 21 | 860,038 00 |
| | 22 | Total deductions. Add line 13 through line 21 | 22 | 860,038 00 |
| | 23 | Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 | 23 | 330,998 00 |

## Schedule T    Nonconsenting Nonresident Members' Tax Liability. Attach additional sheets if necessary.

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member - reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4. If less than zero enter -0- ............................................ _____ 00

929882 12-30-19

## Schedule K    Members' Shares of Income, Deductions, Credits, etc.

| | (a)<br>Distributive share items | | (b)<br>Amounts from<br>federal K (1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | • 330,198 | 800 ◉ | 330,998 |
| | 2 Net income (loss) from rental real estate activities. Attach federal Form 8825 | 2 | | ◉ | |
| | 3 a Gross income (loss) from other rental activities | 3a | | ◉ | |
| | b Less expenses. Attach schedule | 3b | | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | • | |
| | 4 Guaranteed payments to members | 4 | | • | |
| | 5 Interest income | 5 | | • | |
| | 6 Dividends | 6 | | • | |
| | 7 Royalties | 7 | | • | |
| | 8 Net short-term capital gain (loss). Attach Schedule D (568) | 8 | | • | |
| | 9 Net long-term capital gain (loss). Attach Schedule D (568) | 9 | | • | |
| | 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | • | |
| | b Total loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | • | |
| | 11 a Other portfolio income (loss). Attach schedule | 11a | | ◉ | |
| | b Total other income. Attach schedule | 11b | | ◉ | |
| | c Total other loss. Attach schedule | 11c | | | |
| **Deductions** | 12 Expense deduction for recovery property (IRC Section 179).<br>Attach schedule ........... STMT 6 | 12 | 11,854 | | 11,854 |
| | 13 a Charitable contributions. Attach schedule | 13a | | | |
| | b Investment interest expense | 13b | | • | |
| | c 1 Total expenditures to which IRC Section 59(e) election may apply | 13c1 | | | |
| | 2 Type of expenditures | 13c2 | | | |
| | d Deductions related to portfolio income | 13d | | | |
| | e Other deductions. Attach schedule | 13e | | ◉ | |
| **Credits** | 15 a Withholding on LLC allocated to all members | 15a | | | |
| | b Low-income housing credit | 15b | | | |
| | c Credits other than the credit shown on line 15b related to<br>rental real estate activities. Attach schedule | 15c | | | |
| | d Credits related to other rental activities. Attach schedule | 15d | | | |
| | e Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| | f Other credits. Attach schedule | 15f | | • | |
| **Alternative Minimum Tax (AMT) Items** | 17 a Depreciation adjustment on property placed in service after 1986 | 17a | | | |
| | b Adjusted gain or loss | 17b | | | |
| | c Depletion (other than oil and gas) | 17c | | | |
| | d Gross income from oil, gas, and geothermal properties | 17d | | | |
| | e Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| | f Other alternative minimum tax items. Attach schedule | 17f | | | |
| **Other Information** | 18 a Tax-exempt interest income | 18a | | | |
| | b Other tax-exempt income | 18b | | • | |
| | c Nondeductible expenses ... SEE STATEMENT 4 | 18c | 1,701 | 800 ◉ | 2,501 |
| | 19 a Distributions of money (cash and marketable securities) | 19a | 61,624 | ◉ | 61,624 |
| | b Distribution of property other than money | 19b | | ◉ | |
| | 20 a Investment income | 20a | | | |
| | b Investment expenses | 20b | | | |
| | c Other information. See instructions ........... STMT 5 | 20c | | | |
| **Analysis** | 21 a Total distributive income/payment items. Combine lines 1, 2, and 3c through<br>11c. From the result, subtract the sum of lines 12 through 13e. | 21a | 318,344 | 800 • | 319,144 |

| | | (b) Individual | | | | | |
|---|---|---|---|---|---|---|---|
| b Analysis of<br>members: | (a)<br>Corporate | i. Active | ii. Passive | (c)<br>Partnership | (d) Exempt<br>Organization | (e)<br>Nominee/Other | (f)<br>LLC |
| Members | | 309,570 | 9,574 | | | | |

STERIWEB MEDICAL, LLC

46-3299569

929883 12-30-19

## Schedule L  Balance Sheets. See the instructions for Schedule L, before completing Schedules L, M-1, and M-2.

| Assets | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 173 | | 185,258 |
| 2 a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( | ) | ( | ) |
| 3 Inventories | | | ● | 35,000 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets. Attach schedule | STATEMENT 8 | 12,572 | ● | 92,418 |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach schedule | | | ● | |
| 9 a Buildings and other depreciable assets | | 11,854 | | |
| b Less accumulated depreciation | ( | )● | ( 11,854 ) | ● |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | ( | ) | ( | ) |
| 11 Land (net of any amortization) | | ● | | ● |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( | ) | ( | ) |
| 13 Other assets. Attach schedule | | | ● | |
| 14 Total assets | | 12,745 | | 312,676 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | ● | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | ● | 45,000 |
| 17 Other current liabilities. Attach schedule | STATEMENT 9 | | | 14 |
| 18 All nonrecourse loans | | ● | ● | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | ● | ● | |
| 20 Other liabilities. Attach schedule | | | ● | |
| 21 Members' capital accounts | | ● 12,745 | ● | 267,662 |
| 22 Total liabilities and capital | | 12,745 | | 312,676 |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return. Use total amount under California law. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 316,541 | 6 Income recorded on books this year not included on Schedule K, line 1 through line 11c. Itemize: | | |
| 2 Income included on Schedule K, line 1 through line 11c not recorded on books this year. Itemize ● | | a Tax-exempt interest ... $ | | |
| | | b Other .................... $ | | |
| 3 Guaranteed payments (other than health insurance) | | c Total. Add line 6a and line 6b | ● | |
| 4 Expenses recorded on books this year not included on Schedule K, line 1 through line 13e. Itemize: | | 7 Deductions included on Schedule K, line 1 through line 13e not charged against book income this year. Itemize: | | |
| a Depreciation ............. $ | | a Depreciation ........... $ | | |
| b Travel and entertainment $ 1,701 | | b Other .................... $ | | |
| c Annual LLC tax ............ $ | | c Total. Add line 7a and line 7b | | |
| d Other STMT 7 $ 102 | | 8 Total. Add line 6c and line 7c | | |
| e Total. Add line 4a through line 4d ● | 1,803 | 8 | | |
| 5 Total of line 1 through line 4e | 318,344 | 9 Income (loss) (Schedule K, line 21a.) Subtract line 8 from line 5 | | 318,344 |

## Schedule M-2  Analysis of Members' Capital Accounts. Use California amounts.

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 12,745 | 5 Total of line 1 through line 4 | | 329,286 |
| 2 Capital contributed during year | | 6 Distributions: a Cash | ● | 61,624 |
| a Cash | ● | b Property | ● | |
| b Property | ● | 7 Other decreases. Itemize | ● | |
| 3 Net income (loss) per books | 316,541 | 8 Total of line 6 and line 7 | | 61,624 |
| 4 Other increases. Itemize | ● | 9 Balance at end of year. Subtract line 8 from line 5 | | 267,662 |

## Schedule O  Amounts from Liquidation used to Capitalize a Limited Liability Company.  (Complete only if initial return box is checked on Side 1, Question H.)

Name of entity liquidated (if more than one, attach a schedule)

Type of entity:  ☐ (1) C Corporation  ☐ (2) S Corporation  ☐ (3) Partnership  ☐ (4) Limited Partnership  ☐ (5) Sole Proprietor  ☐ (6) Farmer

Entity identification number(s):  FEIN _____  SSN or ITIN _____  CA Corp. No. _____  CA SOS File No. _____

Amount of liquidation gains recognized to capitalize the LLC _____ ● _____

Side 6  Form 568 2019     022     3676194

929884 12-30-19

**Schedule IW**      **Limited Liability Company (LLC) Income Worksheet**

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California when completing lines 1-17 of this worksheet.** If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040 or 1040-SR), or additional schedules associated with other activities. **Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.**
**See instructions on page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.**

| | | | | |
|---|---|---|---|---|
| 1 | a | Total California income from Form 568, Schedule B, line 3. See instructions | 1a | 1,191,036 |
| | b | Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (Form 1040 or 1040-SR) (plus California adjustments) associated with the receipts assigned to California on lines 1a and 4 | 1b | 84,494 |
| 2 | a | If the answer to Question U(1) on Form 568 Side 2, is "Yes", include the gross income of this disregarded entity that is not included in lines 1 and 8 through 16 | 2a | |
| | b | Enter the cost of goods sold of disregarded entities associated with the receipts assigned to California on line 2a | 2b | |
| 3 | a | LLC's distributive share of ordinary income from pass-through entities | 3a | |
| | b | Enter the LLC's distributive share of cost of goods sold from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1a) | 3b | |
| | c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b) | 3c | |
| 4 | | Add gross farm income from federal Schedule F (Form 1040 or 1040-SR). Use California amounts | 4 | |
| 5 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 5 | |
| 6 | | Enter the total gains (not losses) from Form 568, Schedule B, line 8 | 6 | |
| 7 | | **Add line 1a through line 6** | 7 | 1,275,530 |
| 8 | | California rental real estate | | |
| | a | Enter the total gross rents from federal Form 8825, line 18a | 8a | |
| | b | Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 | 8b | |
| | c | Add line 8a and line 8b | 8c | |
| 9 | | **Other California rentals.** | | |
| | a | Enter the amount from Schedule K (568), line 3a | 9a | |
| | b | Enter the amount from all Schedule K-1s (565), Table 3, line 3 | 9b | |
| | c | Add lines 9a and 9b | 9c | |
| 10 | | **California interest.** Enter the amount from Form 568, Schedule K, line 5 | 10 | |
| 11 | | **California dividends.** Enter the amount from Form 568, Schedule K, line 6 | 11 | |
| 12 | | **California royalties.** Enter the amount from Form 568, Schedule K, line 7 | 12 | |
| 13 | | **California capital gains.** Enter the capital gains (not losses) included in the amounts from Form 568, Sch. K, lines 8 and 9 | 13 | |
| 14 | | **California 1231 gains.** Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a | 14 | |
| 15 | | **Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a | 15 | |
| 16 | | **Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b | 16 | |
| 17 | | **Total California income.** Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, line 1. If less than zero enter -0- | 17 | 1,275,530 |

STERIWEB MEDICAL, LLC                                                       46-3299569

| CA 568 | AMOUNT PAID WITH FORMS 3537, 3522, 3536 | STATEMENT 1 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| AMOUNT PAID WITH FORM 3537 | | 0. |
| AMOUNT PAID WITH FORM 3522 | | 800. |
| AMOUNT PAID WITH FORM 3536 | | 6,000. |
| TOTAL TO FORM 568, LINE 7 | | 6,800. |

| CA SCHEDULE A | COGS OTHER COSTS | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| FREIGHT AND SHIPPING COSTS | | 50,981. |
| TOTAL TO SCHEDULE A, LINE 5 | | 50,981. |

STERIWEB MEDICAL, LLC                                                    46-3299569

| CA | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTING | 6,740. |
| BANK AND MERCHANT FEES | 29,261. |
| COMMISSIONS | 334,268. |
| COMPUTER SUPPORT AND SUPPLIES | 16,811. |
| DUES AND SUBSCRIPTIONS | 1,394. |
| INSURANCE | 7,399. |
| INTERNET SERVICE EXPENSES | 9,860. |
| JANITORIAL EXPENSE | 5,250. |
| LEGAL AND PROFESSIONAL FEES | 17,203. |
| MEALS | 1,702. |
| OFFICE SUPPLIES | 8,268. |
| OUTSIDE SERVICES | 223,305. |
| PEST CONTROL | 620. |
| POSTAGE | 1,509. |
| SALES AND MARKETING EXPENSES | 16,717. |
| SHIPPING SUPPLIES | 11,082. |
| SUPPLIES | 8,935. |
| TELEPHONE | 8,076. |
| TRASH DISPOSAL | 3,238. |
| TRAVEL | 13,382. |
| UTILTIES | 10,801. |
| VEHICLE EXPENSES | 19,624. |
| WEBSITE EXPENSE | 775. |
| RENT | 93,180. |
| FILING FEE | 200. |
| LICENSES AND PERMITS | 507. |
| PROPERTY TAX | 414. |
| CALIFORNIA TAXES - OTHER | 6,000. |
| REPAIRS | 3,517. |
| TOTAL TRADE OR BUSINESS OTHER DEDUCTIONS, LINE 21 | 860,038. |

| CA SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,701. |
| STATE AND LOCAL INCOME/FRANCHISE TAXES - CALIFORNIA | 800. |
| TOTAL TO SCHEDULE K, LINE 18C | 2,501. |

STERIWEB MEDICAL, LLC                                                46-3299569

CA SCHEDULE K      AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION      STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 1,275,530. |
| TOTAL | 1,275,530. |

CA SCHEDULE K      EXPENSE DEDUCTION FOR RECOVERY PROPERTY      STATEMENT 6

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER DEPRECIATION | 11,854. |
| TOTAL TO SCHEDULE K, LINE 12 | 11,854. |

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT 7

| DESCRIPTION | AMOUNT |
|---|---|
| PENALTIES | 102. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 102. |

CA SCHEDULE L                OTHER CURRENT ASSETS                STATEMENT 8

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM B. ROSENTHAL | 505. | 0. |
| DUE FROM R & S RESEARCH | 12,067. | 92,418. |
| TOTAL TO SCHEDULE L, LINE 6 | 12,572. | 92,418. |

STERIWEB MEDICAL, LLC                                                    46-3299569

| CA SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 9 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 0. | 14. |
| TOTAL TO SCHEDULE L, LINE 17 | 0. | 14. |

CA

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) **OTHER** 1 | | OMB No. 1545-0172 **2019** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service    (99) | ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| STERIWEB MEDICAL, LLC | OTHER DEPRECIATION | 46-3299569 |

**Part I**  Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 25,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 11,854. |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 25,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | COMPUTER EQUIPMENT | 11,854. | 11,854. |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 11,854. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 11,854. |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | 25,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 11,854. |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2019)

Form 4562 (2019)        **STERIWEB MEDICAL, LLC**                                46-3299569   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a  Do you have evidence to support the business/investment use claimed? | | | | Yes | | No | 24b If "Yes," is the evidence written? | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43  Amortization of costs that began before your 2019 tax year | | | | 43 | |
| 44  **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

916252  12-12-19                                                                                    Form **4562** (2019)

| CA TOB REC | RECONCILIATION OF CALIFORNIA ORDINARY INCOME TO FEDERAL ORDINARY INCOME | 2019 |
|---|---|---|

| NAME | EMPLOYER ID |
|---|---|
| STERIWEB MEDICAL, LLC | 46-3299569 |

| | DESCRIPTION | FEDERAL | CALIFORNIA | DIFFERENCE |
|---|---|---|---|---|
| 1 A | GROSS RECEIPT OR SALES | 1,275,530. | 1,275,530. | |
| 1 B | LESS RETURNS AND ALLOWANCES | | | |
| 1 C | BALANCE (LINE 1A - 1B) | 1,275,530. | 1,275,530. | |
| 2 | COST OF GOODS SOLD AND/OR OPERATIONS | 84,494. | 84,494. | |
| 3 | GROSS PROFIT (LINE 1C - 2) | 1,191,036. | 1,191,036. | |
| 4 | ORDINARY INCOME (LOSS) FROM OTHER PARTNERSHIPS AND FIDUCIARIES | | | |
| 5 | NET FARM PROFIT (LOSS) | | | |
| 6 | NET GAIN (LOSS) FROM FORM 4797 OR FORM D-1 | | | |
| 7 | OTHER INCOME (LOSS) | | | |
| 8 | TOTAL INCOME (LOSS) (COMBINE LINES 3 THROUGH 7) | 1,191,036. | 1,191,036. | |
| 9 | SALARIES AND WAGES | | | |
| 10 | GUARANTEED PAYMENTS | | | |
| 11 | REPAIRS | 3,517. | 3,517. | |
| 12 | BAD DEBTS | | | |
| 13 | RENT | 93,180. | 93,180. | |
| 14 | TAXES | 7,921. | 7,121. | 800. |
| 15 | DEDUCTIBLE INTEREST EXPENSE NOT CLAIMED ELSEWHERE | | | |
| 16 | DEPRECIATION | | | |
| 17 | DEPLETION | | | |
| 18 | RETIREMENT PLANS, ETC | | | |
| 19 | EMPLOYEE BENEFIT PROGRAMS | | | |
| 20 | OTHER DEDUCTIONS | 756,220. | 756,220. | |
| 21 | TOTAL DEDUCTIONS (ADD LINE 9 THROUGH 20) | 860,838. | 860,038. | 800. |
| 22 | ORDINARY INCOME (LOSS) (SUBTRACT LINE 21 FROM 8) | 330,198. | 330,998. | <800.> |

929231 04-01-19

TAXABLE YEAR
2019

# Member's Share of Income, Deductions, Credits, etc.

929421 12-18-19
CALIFORNIA SCHEDULE
K-1 (568)

TYB  01-01-2019  TYE  12-31-2019

BERTRAM    P  ROSENTHAL

7318 VALJEAN AVENUE
VAN NUYS          CA  91406

46-3299569        000000000000
STERIWEB MEDICAL LLC

6715 NE 63RD ST 417
VANCOUVER        WA  98661

**A** What type of entity is this member? • See instructions.

| | | | | | |
|---|---|---|---|---|---|
| (1) [X] Individual | (4) [ ] C Corporation | (7) [ ] LLP | (10) [ ] Exempt Organization |
| (2) [ ] S Corporation | (5) [ ] General Partnership | (8) [ ] LLC | (11) [ ] Disregarded Entity |
| (3) [ ] Estate/Trust | (6) [ ] Limited Partnership | (9) [ ] IRA/Keogh/SEP | |

**B** Is this member a foreign member? ......................................................... • [ ] Yes [X] No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Profit | 97.0000 % • | 97.0000 % |
| Loss | 97.0000 % • | 97.0000 % |
| Capital | 97.0000 % • | 97.0000 % |

**D** Member's share of liabilities:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Nonrecourse | $ \|00 | • $ \|00 |
| Qualified nonrecourse financing | $ \|00 | • $ \|00 |
| Recourse | $ 0 \|00 | • $ 45,014 \|00 |

**E** Reportable transaction or tax shelter registration number(s)

**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ................................................................ ◉ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ................................................................ ◉ [ ]

**G** Check here if this is: • (1) [ ] A final Schedule K-1 (568)  (2) [ ] An amended Schedule K-1 (568)

**H** Is this member a resident of California? ....................................................... • [X] Yes ▶ [ ] No

929422 12-18-19

| Member's name | Member's identifying number |
|---|---|
| BERTRAM P ROSENTHAL, MD | |

**I** Analysis of member's capital account: Check the box ● **(1)** ☒ Tax Basis  **(2)** ☐ GAAP **(3)** ☐ IRC Section 704(b) Book **(4)** ☐ Other (explain)

| (a)<br>Capital account at beginning of year | (b)<br>Capital contributed during year | (c)<br>Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d)<br>Withdrawals and distributions | (e)<br>Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● 12,457 | ● | ● 307,045 | ●( 61,624 ) | ● 257,878 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | | (a)<br>Distributive share items | (b)<br>Amounts from federal Schedule K-1 (1065) | (c)<br>California adjustments | (d)<br>Total amounts using California law. Combine col. (b) and col. (c) | (e)<br>California source amounts and credits |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 320,292 | 776 | ● 321,068 ▶ | |
| | 2 | Net income (loss) from rental real estate activities | | | ● | ▶ |
| | 3 | Net income (loss) from other rental activities | | | ◉ | ◉ |
| | 4 | Guaranteed payments to members | | | ● | ▶ |
| | 5 | Interest income | | | ● | ▶ |
| | 6 | Dividends | | | ● | ▶ |
| | 7 | Royalties | | | ● | ▶ |
| | 8 | Net short-term capital gain (loss) | | | ● | ▶ |
| | 9 | Net long-term capital gain (loss) | | | ● | ▶ |
| | 10 a | Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | b | Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | 11 a | Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| | b | Total other income | | | ● | ▶ |
| | c | Total other loss | | | ● | ▶ |
| Deductions | 12 | Expense deduction for recovery prop. (IRC Section 179)     STMT | 11,498 | | 11,498 | |
| | 13 a | Charitable contributions | | | | |
| | b | Investment interest expense | | | | |
| | c 1 | Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 | Type of expenditures | | | | |
| | d | Deductions related to portfolio income | | | | |
| | e | Other deductions | | | | |

929423  12-18-19

| Member's name | Member's identifying number |
|---|---|
| BERTRAM P ROSENTHAL, MD | |

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) | | | • | ▶ |
| | **b** Low-income housing credit | | | | |
| | **c** Credits other than line 15b related to rental real estate activities | | | | |
| | **d** Credits related to other rental activities | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC | | | | |
| | **f** Other credits · Attach required schedules or statements | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property placed in service after 1986 | | | ◉ | ◉ |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas) | | | | |
| | **d** Gross income from oil, gas, and geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | | | | |
| | **f** Other alternative minimum tax items | | | | |
| **Tax-exempt Income and Nondeductible Expenses** | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses  STMT | 1,650 | 776 | 2,426 | |
| **Distributions** | **19 a** Distributions of money (cash and marketable securities) | 61,624 | | ◉  61,624 | |
| | **b** Distributions of property other than money | | | ◉ | |
| **Other Information** | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions | STMT | | | |

929424  12-18-19

**Member's name**

BERTRAM P ROSENTHAL, MD

**Member's identifying number**

**Other Member Information**

Table 1 - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

Interest ... $ [        ]    Sec. 1231 Gains/Losses $ [        ]    Capital Gains/Losses $ [        ]

Dividends $ [        ]    Royalties ................. $ [        ]    Other .................... $ [        ]

FOR USE BY MEMBERS ONLY - See instructions.

Table 2 - Member's share of distributive items.

A.  Member's share of the LLC's business income. See instructions.   $ [        ]

B.  Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

    Capital Gains/Losses ............................. $ [        ]    Rents/Royalties ....................... $ [        ]

    Sec. 1231 Gains/Losses ......................... $ [        ]    Other ............................... $ [        ]

C.  Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ................................. $ | [        ] | $ [        ] |
| Property: Ending ................... $ | [        ] | $ [        ] |
| Property: Annual rent expense ............... $ | [        ] | $ [        ] |
| Payroll ................................................. $ | [        ] | $ [        ] |
| Sales ................................................ $ | [        ] | $ [        ] |

STERIWEB MEDICAL, LLC                                                    46-3299569

---

CA SCHEDULE K-1      EXPENSE DEDUCTION FOR RECOVERY PROPERTY

---

| DESCRIPTION | AMOUNT |
|---|---|
| IRC SECTION 179 EXPENSE | 11,498. |
| TOTAL TO SCHEDULE K-1, LINE 12 | 11,498. |

---

CA SCHEDULE K-1              COLUMN C RECONCILIATION

---

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 320,292. |
| SECTION 179 EXPENSE | <11,498.> |
| NONDEDUCTIBLE EXPENSES | <1,650.> |
| PENALTIES | <99.> |
| TOTAL TO SCHEDULE K-1 ANALYSIS OF CAPITAL ACCOUNT, COLUMN C | 307,045. |

---

CA SCHEDULE K-1              NONDEDUCTIBLE EXPENSES

---

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,650. |
| STATE INCOME/FRANCHISE TAXES | 776. |
| TOTAL TO SCHEDULE K-1, LINE 18C | 2,426. |

---

CA SCHEDULE K-1      AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION

---

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 1,237,264. |
| TOTAL | 1,237,264. |

PARTNER NUMBER 1

TAXABLE YEAR
**2019** **Member's Share of Income, Deductions, Credits, etc.**

929421  12-16-19
CALIFORNIA SCHEDULE
**K-1 (568)**

TYB   01-01-2019   TYE   12-31-2019

CAMILA         ARTEAGA

20243 HAYNES STREET
WINNETKA         CA   91306

46-3299569         000000000000
STERIWEB MEDICAL LLC

6715 NE 63RD ST 417
VANCOUVER       WA   98661

**A**  What type of entity is this member? •   See instructions.

(1) [X] Individual      (4) [ ] C Corporation       (7) [ ] LLP        (10) [ ] Exempt Organization
(2) [ ] S Corporation   (5) [ ] General Partnership  (8) [ ] LLC        (11) [ ] Disregarded Entity

(3) [ ] Estate/Trust    (6) [ ] Limited Partnership  (9) [ ] IRA/Keogh/SEP

**B**  Is this member a foreign member? .................................................................................... • [ ] Yes  [X] No

**C**  Enter member's percentage (without regard to special allocations) of:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Profit | 3.0000 % • | 3.0000 % |
| Loss | 3.0000 % • | 3.0000 % |
| Capital | 3.0000 % • | 3.0000 % |

**D**  Member's share of liabilities:

| | (i) Beginning | (ii) Ending |
|---|---|---|
| Nonrecourse | $ .00 • $ .00 | |
| Qualified nonrecourse financing | $ .00 • $ .00 | |
| Recourse | $ 0 .00 • $ 0 .00 | |

**E**  Reportable transaction or tax shelter registration number(s)

**F**  **(1)** Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ........................................ ◉ [ ]

**(2)** Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ........................................ ◉ [ ]

**G**  Check here if this is: •  **(1)** [ ] A final Schedule K-1 (568)   **(2)** [ ] An amended Schedule K-1 (568)

**H**  Is this member a resident of California? ............................................................................ • [X] Yes ▶ [ ] No

For Privacy Notice, get FTB 1131 ENG/SP.    022    7901194                Schedule K-1 (568) 2019 **Side 1**
2

929422  12-18-19

| Member's name | Member's identifying number |
|---|---|
| CAMILA ARTEAGA | |

**I** Analysis of member's capital account: Check the box ● **(1)** [X] Tax Basis **(2)** [ ] GAAP **(3)** [ ] IRC Section 704(b) Book **(4)** [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● 288 | ● | ● 9,496 | ● ( ) | ● 9,784 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 9,906 | 24 | ● 9,930 ▶ | |
| | 2 | Net income (loss) from rental real estate activities | | | ● | ▶ |
| | 3 | Net income (loss) from other rental activities | | | ◉ | ◉ |
| | 4 | Guaranteed payments to members | | | ● | ▶ |
| | 5 | Interest income | | | ● | ▶ |
| | 6 | Dividends | | | ● | ▶ |
| | 7 | Royalties | | | ● | ▶ |
| | 8 | Net short-term capital gain (loss) | | | ● | ▶ |
| | 9 | Net long-term capital gain (loss) | | | ● | ▶ |
| | 10 a | Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | b | Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | 11 a | Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| | b | Total other income | | | ● | ▶ |
| | c | Total other loss | | | ● | ▶ |
| Deductions | 12 | Expense deduction for recovery prop. (IRC Section 179)  STMT | 356 | | 356 | |
| | 13 a | Charitable contributions | | | | |
| | b | Investment interest expense | | | | |
| | c 1 | Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 | Type of expenditures | | | | |
| | d | Deductions related to portfolio income | | | | |
| | e | Other deductions | | | | |

929423  12-18-19

**Member's name**
CAMILA ARTEAGA

**Member's identifying number**

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| Credits | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) | | | • | ▶ |
| | **b** Low-income housing credit | | | | |
| | **c** Credits other than line 15b related to rental real estate activities | | | | |
| | **d** Credits related to other rental activities | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC | | | | |
| | **f** Other credits - Attach required schedules or statements | | | | |
| Alternative Minimum Tax (AMT) Items | **17 a** Depreciation adjustment on property placed in service after 1986 | | | ◉ | ◉ |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas) | | | | |
| | **d** Gross income from oil, gas, and geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | | | | |
| | **f** Other alternative minimum tax items | | | | |
| Tax-exempt income and Nondeductible Expenses | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses   STMT | 51 | 24 | 75 | |
| Distributions | **19 a** Distributions of money (cash and marketable securities) | | | ◉ | |
| | **b** Distributions of property other than money | | | ◉ | |
| Other Information | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions | STMT | | | |

929424  12-18-19

**Member's name**
CAMILA ARTEAGA

**Member's identifying number**

**Other Member Information**

**Table 1** · Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| | | | | | |
|---|---|---|---|---|---|
| Interest ... $ | | Sec. 1231 Gains/Losses $ | | Capital Gains/Losses $ | |
| Dividends $ | | Royalties ........ $ | | Other ......... $ | |

FOR USE BY MEMBERS ONLY · See instructions.

**Table 2** · Member's share of distributive items.

A. Member's share of the LLC's business income. See instructions. $

B. Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

| | | | |
|---|---|---|---|
| Capital Gains/Losses ............... $ | | Rents/Royalties ............ $ | |
| Sec. 1231 Gains/Losses ............ $ | | Other ............... $ | |

C. Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property: Beginning ................ $ | | $ |
| Property: Ending ........... $ | | $ |
| Property: Annual rent expense ....... $ | | $ |
| Payroll ........ $ | | $ |
| Sales ................ $ | | $ |

STERIWEB MEDICAL, LLC                                                46-3299569

---

## CA SCHEDULE K-1     EXPENSE DEDUCTION FOR RECOVERY PROPERTY

| DESCRIPTION | AMOUNT |
|---|---|
| IRC SECTION 179 EXPENSE | 356. |
| TOTAL TO SCHEDULE K-1, LINE 12 | 356. |

---

## CA SCHEDULE K-1          COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 9,906. |
| SECTION 179 EXPENSE | <356.> |
| NONDEDUCTIBLE EXPENSES | <51.> |
| PENALTIES | <3.> |
| TOTAL TO SCHEDULE K-1 ANALYSIS OF CAPITAL ACCOUNT, COLUMN C | 9,496. |

---

## CA SCHEDULE K-1          NONDEDUCTIBLE EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 51. |
| STATE INCOME/FRANCHISE TAXES | 24. |
| TOTAL TO SCHEDULE K-1, LINE 18C | 75. |

---

## CA SCHEDULE K-1     AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 38,266. |
| TOTAL | 38,266. |

PARTNER NUMBER 2

3:53 PM

02/01/21

Cash Basis

## SteriWeb Medical, LLC
## Balance Sheet
### As of February 1, 2021

|  | Feb 1, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **WFB SteriWeb Med Checking 8255** | 375,166.11 |
| **WFB SteriWeb Med Savings 3134** | 150.06 |
| **Total Checking/Savings** | 375,316.17 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 16,421.94 |
| **Total Accounts Receivable** | 16,421.94 |
| **Other Current Assets** | |
| **Accounts Receivable - contra** | -16,421.94 |
| **Due from B. Rosental** | 7,059.04 |
| **Inventory Asset** | 35,000.00 |
| **Total Other Current Assets** | 25,637.10 |
| **Total Current Assets** | 417,375.21 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -11,853.65 |
| **Computer equipment** | 11,853.65 |
| **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | 417,375.21 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Loan Payable** | 3,000.00 |
| **PPL** | 124,625.00 |
| **Total Other Current Liabilities** | 127,625.00 |
| **Total Current Liabilities** | 127,625.00 |
| **Total Liabilities** | 127,625.00 |
| **Equity** | |
| **Retained Earnings** | 267,662.00 |
| **Net Income** | 22,088.21 |
| **Total Equity** | 289,750.21 |
| **TOTAL LIABILITIES & EQUITY** | 417,375.21 |

2:58 PM

02/03/21

Accrual Basis

## SteriWeb Medical, LLC
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Refunds** | -9,514.67 |
| **Sales** | 1,473,180.08 |
| **Sales Discounts** | -55.96 |
| **Shipping and Delivery Income** | 4,374.13 |
| **Total Income** | 1,467,983.58 |
| **Gross Profit** | 1,467,983.58 |
| **Net Ordinary Income** | 1,467,983.58 |
| **Net Income** | 1,467,983.58 |

**SteriWeb Medical, LLC**
**Profit & Loss**
**January through December 2021**

|  | Jan - Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Refund** | -315.92 |
| **Refunds** | -760.99 |
| **Sales** | 141,481.59 |
| **Shipping and Delivery Income** | 335.15 |
| **Total Income** | 140,739.83 |
| **Gross Profit** | 140,739.83 |
| **Net Ordinary Income** | 140,739.83 |
| **Net Income** | **140,739.83** |